# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v. § | **CASE NO.: WA:22-CR-00103(1)-ADA** |
| § | |
| **(1) JANAMAR DEON LEE LANIER** § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske. ECF No. 73. The report recommends Defendant's Motion to Dismiss (ECF No. 40) be **DENIED**. The report and recommendation was filed on September 30, 2024.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Defendant filed objections on October 4, 2024. ECF No. 76. The Court has conducted a *de novo* review of the motion to dismiss, the responses, the report and recommendation, the objection to the report and recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske., ECF No. 73, is **ADOPTED**.

**IT IS FURTHER** the Defendant's Motion to Dismiss (ECF No. 40) is hereby **DENIED.**

**SIGNED** this 9th day of October, 2024.

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**