UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs.   § | NO:  WA:22-CR-00103(1)-ADA |
| § | |
| (1) JANAMAR DEON LEE LANIER § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause. On May 29, 2025 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) JANAMAR DEON LEE LANIER, which alleged that Lanier violated a condition of his supervised release and recommended that Lanier's supervised release be revoked (Clerk's Document No. 92). A warrant issued and Lanier was arrested. On June 2, 2025, Lanier appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Lanier appeared before the magistrate judge on June 10, 2025, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on June 10, 2025, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and

the intervening conduct of Lanier, the magistrate judge recommends that this court continue Lanier supervised release. The magistrate judge recommends that all of the previous conditions of supervised release contained in the Judgment in a Criminal Case (ECF No. 90 at 3-5) continue to apply and that the Defendant submit to in-patient or outpatient substance abuse treatment, including intense out-patient treatment, as determined to be appropriate by the probation officer. It is further RECOMMENDED that it be ORDERED that if the Defendant violates the terms of his supervised release in the future, he shall be brought before the undersigned for any supervised release revocation hearing, if at all possible (Clerk's Document No. 104).

    A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass'n,* 79 F.3d 1415 (5th Cir. 1996) *(en banc)*. The parties in this cause were properly notified of the consequences of a failure to file objections.

    On June 10, 2025, following the hearing on the motion to revoke supervised

release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation Of United States Magistrate Judge (Clerk's Document No. 103). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 104 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) JANAMAR DEON LEE LANIER's term of supervised release is hereby CONTINUED. In addition, defendant Lanier shall comply with the following special conditions: It is ORDERED that all of the previous conditions of supervised release contained in the Judgment in a Criminal Case (ECF No. 90 at 3-5) continue to apply and that the Defendant submit to in-patient or outpatient substance abuse treatment, including intense out-patient treatment, as determined to be appropriate by the probation officer. It is further ORDERED that if the Defendant violates the terms of his supervised release in the future, he shall be brought before the Honorable Judge Derek T. Gilliland for any supervised release revocation hearing, if at all possible

Signed this 10th day of June, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE